IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 17-35-GMS |
| | : | |
| DALIAN WASHINGTON, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of Defendant's Unopposed Motion for Continuance of Sentencing Hearing, good cause having been show therefore;

IT IS HEREBY ORDERED on this _8th_ day of _Dec_____, 2017, that Defendant Washington's motion is hereby granted, and sentencing in this case is continued to the _21st_ day of _February_____, 2018, at _10:00_ am/pm.

HONORABLE Gregory M. Sleet
United States District Court Judge